BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (Bar No. 077785)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792
aplutzik@bramsonplutzik.com

HARWOOD FEFFER, LLP
Robert I. Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff
Nancy Mello

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HODGES, Individually and on Behalf Of All Others Similarly Situated<br><br>                              Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, et al.<br><br>                             Defendants. | Case No. 09-cv-04073 MMC<br><br>**ADMINISTRATIVE MOTION TO RELATE CASE** |

ADMINISTRATIVE MOTION TO RELATE CASE
09-4073 MMC
59719

1  Plaintiff Nancy Mello hereby moves for consideration of whether *Mello v. Richardson*, Case No. C-09-05137 SBA, filed on October 29, 2009, is related to this action.

Pursuant to Civil L.R. 3-12, the *Mello* action is related to this action, and to other actions which have been related to this action by Order of this Court. They involve substantially the same parties and events. These actions are brought as class actions arising from some of the same facts and circumstances. It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if this case is conducted before a different judge. Therefore, assignment of a single judge is likely to conserve judicial resources and promote an effective determination of the actions.

DATED: November 4, 2009

Respectfully submitted,

BRAMSON PLUTZIK MAHLER & BIRKHAEUSER

By: _____/s/*Alan R. Plutzik*_____
            Alan R. Plutzik

Alan R. Plutzik (State Bar No. 077785)
aplutzik@bramsonplutzik.com
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

HARWOOD FEFFER LLP
Robert I. Harwood
James G. Flynn
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff
Nancy Mello