| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER <br>  RUDMAN & ROBBINS LLP |
| 2 | DARREN J. ROBBINS (168593) <br> TRICIA L. McCORMICK (199239) |
| 3 | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 |
| 4 | Telephone: 619/231-1058 <br> 619/231-7423 (fax) |
| 5 | darrenr@csgrr.com <br> triciam@csgrr.com |
| 6 |     – and – <br> WILLOW E. RADCLIFFE (200087) |
| 7 | 100 Pine Street, Suite 2600 <br> San Francisco, CA  94111 |
| 8 | Telephone: 415/288-4545 <br> 415/288-4534 (fax) |
| 9 | willowr@csgrr.com |
| 10 | [Proposed] Liaison Counsel |
| 11 | BROWER PIVEN, A Professional Corporation <br> DAVID A.P. BROWER |
| 12 | 488 Madison Avenue, Eighth Floor <br> New York, NY  10022 |
| 13 | Telephone: 212/501-9000 <br> 212/501-0300 (fax) |
| 14 | brower@browerpiven.com |
| 15 | [Proposed] Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | FRANK HODGES, Individually and on Behalf ) <br> of All Others Similarly Situated,           ) | No. 09-cv-04073-MMC |
| 19 |                                          ) <br>                Plaintiff,      ) | CLASS ACTION |
| 20 |                                          ) <br>    vs.                              ) | STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING HEARING DATE ON MOTIONS TO CONSOLIDATE AND FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |
| 22 | IMMERSION CORPORATION, et al.,      ) <br>                                          ) <br>              Defendants.    ) | |

1        WHEREAS there are presently pending in this district five securities class action lawsuits ("Related Actions") brought on behalf of all persons who purchased or otherwise acquired the publicly-traded securities of Immersion Corporation ("Immersion" or the "Company") between May 3, 2007 and July 1, 2009 (the "Class Period");

        WHEREAS the Related Actions assert claims pursuant to the Securities Exchange Act of 1934 ("Exchange Act"), and must meet requirements under the Private Securities Litigation Reform Act of 1995 ("PSLRA");

        WHEREAS pursuant to the PSLRA, any member of the purported class may move to be appointed as lead plaintiff within 60 days of the published notice of the first-filed action;

        WHEREAS pursuant to the PSLRA, movant John P. Loos and movant Norbert Muller each timely filed separate motions for appointment as lead plaintiff on November 2, 2009;

        WHEREAS movant Norbert Muller noticed a hearing date for his lead plaintiff motion as December 11, 2009;

        WHEREAS movant John P. Loos noticed a hearing date for his lead plaintiff motion as December 18, 2009;

        WHEREAS both movants believe that their motions should be heard on the same date as they both involve the issues of consolidation of the Related Actions and who will be appointed as lead plaintiff and lead counsel for the putative class;

        Movants John P. Loos and Norbert Muller therefore stipulate, subject to Court approval, and by and through their respective counsel, that the Motion for Consolidation, Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel filed by John P. Loos on November 2, 2009, and the Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Co-Lead Counsel filed by Norbert Muller on November 2, 2009 both be heard on December 18, 2009 at 9:00 a.m. in Courtroom 7 of the Honorable Maxine M. Chesney.

| | | |
|---|---|---|
| 1 | DATED: November 13, 2009 | COUGHLIN STOIA GELLER |
| 2 | |   RUDMAN & ROBBINS LLP<br>DARREN J. ROBBINS |
| 3 | | TRICIA L. McCORMICK |

                                        s/ TRICIA L. McCORMICK
                                          TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLOW E. RADCLIFFE
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

[Proposed] Liaison Counsel

BROWER PIVEN, A Professional Corporation
DAVID A.P. BROWER
488 Madison Avenue, Eighth Floor
New York, NY  10022
Telephone:  212/501-9000
212/501-0300 (fax)

Counsel for Lead Plaintiff Movant John P. Loos

DATED:  November 13, 2009

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG

                                        s/ MICHAEL GOLDBERG
                                        MICHAEL GOLDBERG

1801 Avenue of the Stars
Suite 311
Los Angeles, CA  90067
Telephone:  310/201-9150
310/201-9160 (fax)

STIPULATION SETTING HRG DATE ON MOTIONS TO CONSOLIDATE - 09-cv-04073-MMC    - 2 -

KIRBY McINERNEY, LLP
IRA M. PRESS
STEVEN COHN
825 Third Avenue. 16th Floor
New York, NY  10022
Telephone:  212/317-2300
212/751-2540 (fax)

Attorneys for Movant Norbert Muller
and Proposed Co-Lead Counsel

\*     \*     \*

# O R D E R

Having considered the stipulation between lead plaintiff movants John P. Loos and Norbert Muller, and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion for Consolidation, Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel filed by John P. Loos on November 2, 2009, and the Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Co-Lead Counsel filed by Norbert Muller on November 2, 2009 both be heard on December 18, 2009 at 9:00 a.m. in Courtroom 7 of the Honorable Maxine M. Chesney.

Pursuant to Stipulation, it is so Ordered.

Dated:   November 16, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Immersion 09\Lead Plantiff\STP00063031 and Order.doc