COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS (168593)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@csgrr.com
triciam@csgrr.com
        – and –
WILLOW E. RADCLIFFE (200087)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
willowr@csgrr.com

[Proposed] Liaison Counsel

BROWER PIVEN, A Professional Corporation
DAVID A.P. BROWER
488 Madison Avenue, Eighth Floor
New York, NY  10022
Telephone:  212/501-9000
212/501-0300 (fax)
brower@browerpiven.com

[Proposed] Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HODGES, Individually and on Behalf of All Others Similarly Situated, ) ) ) Plaintiff, ) ) vs. ) ) IMMERSION CORPORATION, et al., ) ) Defendants. ) ) | No. 09-cv-04073-MMC <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE ON MOTIONS TO CONSOLIDATE AND FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL |

1    WHEREAS there are presently pending in this district five securities class action lawsuits
2  ("Related Actions") brought on behalf of all persons who purchased or otherwise acquired the
3  publicly-traded securities of Immersion Corporation ("Immersion" or the "Company") between May
4  3, 2007 and July 1, 2009 (the "Class Period");

5    WHEREAS the Related Actions assert claims pursuant to the Securities Exchange Act of
6  1934 ("Exchange Act"), and must meet requirements under the Private Securities Litigation Reform
7  Act of 1995 ("PSLRA");

8    WHEREAS pursuant to the PSLRA, any member of the purported class may move to be
9  appointed as lead plaintiff within 60 days of the published notice of the first-filed action;

10   WHEREAS pursuant to the PSLRA, movant John P. Loos and movant Norbert Muller each
11  timely filed separate motions for appointment as lead plaintiff on November 2, 2009;

12   WHEREAS movant Norbert Muller noticed a hearing date for his lead plaintiff motion as
13  December 11, 2009;

14   WHEREAS movant John P. Loos noticed a hearing date for his lead plaintiff motion as
15  December 18, 2009;

16   WHEREAS both movants believe that their motions should be heard on the same date as
17  they both involve the issues of consolidation of the Related Actions and who will be appointed as
18  lead plaintiff and lead counsel for the putative class;

19   Movants John P. Loos and Norbert Muller therefore stipulate, subject to Court approval, and
20  by and through their respective counsel, that the Motion for Consolidation, Appointment of Lead
21  Plaintiff and Approval of Selection of Lead Counsel filed by John P. Loos on November 2, 2009,
22  and the Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval
23  of Co-Lead Counsel filed by Norbert Muller on November 2, 2009 both be heard on December 18,
24  2009 at 9:00 a.m. in Courtroom 7 of the Honorable Maxine M. Chesney.

25
26
27
28

| | | |
|---|---|---|
| 1 | DATED: November 13, 2009 | COUGHLIN STOIA GELLER |
| 2 | |   RUDMAN & ROBBINS LLP |
| | | DARREN J. ROBBINS |
| 3 | | TRICIA L. McCORMICK |

                                                      s/ TRICIA L. McCORMICK
                                                        TRICIA L. McCORMICK

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLOW E. RADCLIFFE
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[Proposed] Liaison Counsel

BROWER PIVEN, A Professional Corporation
DAVID A.P. BROWER
488 Madison Avenue, Eighth Floor
New York, NY 10022
Telephone: 212/501-9000
212/501-0300 (fax)

Counsel for Lead Plaintiff Movant John P. Loos

DATED: November 13, 2009                      GLANCY BINKOW & GOLDBERG LLP
                                                            LIONEL Z. GLANCY
                                                            MICHAEL GOLDBERG

                                                            s/ MICHAEL GOLDBERG
                                                             MICHAEL GOLDBERG

1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067
Telephone: 310/201-9150
310/201-9160 (fax)

KIRBY McINERNEY, LLP
IRA M. PRESS
STEVEN COHN
825 Third Avenue. 16th Floor
New York, NY 10022
Telephone: 212/317-2300
212/751-2540 (fax)

Attorneys for Movant Norbert Muller
and Proposed Co-Lead Counsel

\*   \*   \*

**O R D E R**

Having considered the stipulation between lead plaintiff movants John P. Loos and Norbert Muller, and good cause appearing therefore, the Court ORDERS as follows:

1.  The Motion for Consolidation, Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel filed by John P. Loos on November 2, 2009, and the Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Co-Lead Counsel filed by Norbert Muller on November 2, 2009 both be heard on December 18, 2009 at 9:00 a.m. in Courtroom 7 of the Honorable Maxine M. Chesney.

Pursuant to Stipulation, it is so Ordered.

Dated:   November 16, 2009

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Immersion 09\Lead Plantiff\STP00063031 and Order.doc