SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
FELIX S. LEE (CSB NO. 197084)
flee@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendants
Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler and Daniel Chavez

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK HODGES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, VICTOR A. VIEGAS, RALPH EDWARD CLENTON RICHARDSON, STEPHEN M. AMBLER and DANIEL J. CHAVEZ,<br><br>Defendants. | Case No. 09-cv-04073-MMC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC         09-cv-04073-MMC

1  WHEREAS, the above-captioned action, *Hodges v. Immersion Corporation et al.*, filed on
2  September 2, 2009 ("*Hodges*"), is alleged to be a class action asserting violations of the federal
3  securities laws against Defendants Immersion Corporation ("Immersion"), Victor A. Viegas,
4  Ralph Edward Clenton Richardson, Stephen M. Ambler and Daniel J. Chavez;

5  WHEREAS, on September 2, 2009, this Court issued an order in the above-captioned
6  action (Dkt No. 2) setting an Initial Case Management Conference for December 11, 2009 and the
7  following deadlines:

8      1. November 20, 2009 for the parties to comply with certain requirements under the
9          Federal Rules of Civil Procedure and the Northern District of California Civil Local
10         Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution ("ADR")
11         Local Rules regarding discovery, early settlement, and the ADR Multi-Option
12         Program; and

13     2. December 4, 2009 for the parties to file a Rule 26(f) Report, complete initial
14         disclosures or state objection in Rule 26(f) Report and file a Case Management
15         Statement;

16 WHEREAS, on October 19, 2009, the Court issued an order (Dkt No. 20) relating this
17 action and the following later filed actions:

18 *Posner v. Immersion Corporation, et al.*, Case No. 4:09-cv-04118-PJH, filed on September
19 4, 2009 (alleged securities class action) ("*Posner*");

20 *Bilodeau v. Viegas, et al.*, Case No. 5:09-cv-04291-RS, filed on September 15, 2009
(alleged derivative action) ("*Bilodeau*");

21 *Barrios v. Immersion Corporation, et al.*, Case No. 5:09-cv-04412-JW (HRL), filed on
22 September 18, 2009 (alleged securities class action) ("*Barrios*");

23 *Buell v. Viegas, et al.*, Case No. 3:09-cv-04561-CRB, filed on September 28, 2009 (alleged
securities class action) ("*Buell*");

24 *Semelis v. Richardson, et al.*, Case No. 5:09-cv-04599-RS, filed on September 29, 2009
25 (alleged derivative action) ("*Semelis*"); and

26 *Benson v. Immersion Corporation, et al.*, Case No. 5:09-cv-04744-HRL, filed on October
5, 2009 (alleged securities class action) ("*Benson*");

27 WHEREAS, on October 29, 2009, a third alleged derivative action was filed, *Mello v.*
28 *Richardson, et al.*, Case No. 4:09-cv-05137-SBA ("*Mello*"). On November 4, 2009, the plaintiff in

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC     1     09-cv-04073-MMC

1  *Mello* filed an administrative motion to relate *Mello* with those cases related by this Court on
2  October 19, 2009 (Dkt No. 29);

3      WHEREAS, *Hodges*, as well as the related securities actions of *Posner*, *Barrios*, *Buell* and
4  *Benson,* are subject to the requirements of the Private Securities Litigation Reform Act of 1995,
5  Pub.L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized
6  procedures for the administration of securities class actions;

7      WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on
8  behalf of the purported class, and further provides that the appointment of lead plaintiff shall not
9  be made until after a decision on a motion to consolidate is rendered (15 U.S.C. §78u-
10 4(a)(3)(B)(ii));

11     WHEREAS, on November 2, 2009, two motions for consolidation of *Hodges* with the
12 *Posner*, *Barrios*, *Buell* and *Benson* actions, appointment of lead plaintiff, and approval of lead
13 counsel in the proposed consolidated action were filed. One motion was filed by proposed lead
14 plaintiff John P. Loos and noticed for hearing on December 18, 2009 (Dkt Nos. 24-25). The other
15 motion was filed by proposed lead plaintiff Norbert Muller and noticed for hearing on December
16 11, 2009 (Dkt Nos. 22-23);

17     WHEREAS, once there is a determination on the above motions for consolidation, lead
18 plaintiff and approval of lead counsel, the parties anticipate that the lead plaintiff and the
19 defendants will confer regarding the timing for filing a consolidated complaint and a schedule for
20 motions to dismiss;

21     WHEREAS, the parties further anticipate that the timing of the filing of a consolidated
22 complaint will take into consideration Immersion's previously announced internal investigation
23 into certain previous revenue transactions and intent to restate certain financial statements
24 previously filed with the Securities and Exchange Commission;

25     WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery
26 in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

27     WHEREAS, counsel for the plaintiff and defendants in the above-captioned action
28 respectfully submit that good cause exists to vacate the existing December 11, 2009 case

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  management conference and ADR deadlines until such time as the Court has the opportunity to
2  rule on the pending motions for consolidation, appointment of lead plaintiff, approval of lead
3  counsel, and a schedule for the filing of the consolidated complaint by the appointed lead plaintiff
4  as well as motions to dismiss said complaint has been approved by the Court.

5  IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between
6  undersigned counsel for the parties, that: (i) pursuant to Civil L.R. 16-2, that the Initial Case
7  Management Conference scheduled for December 11, 2009 be vacated and rescheduled for a date
8  that is not less than 30 days after the filing of a consolidated complaint, or such other time as the
9  Court shall determine to be appropriate; and (ii) that all associated ADR Multi-Option Program
10 deadlines likewise be deferred.

11 Dated: November 11, 2009            FENWICK & WEST LLP
                                      JENNIFER C. BRETAN

                                      By:      /s/ Jennifer C. Bretan
                                              Jennifer C. Bretan

                                      555 California Street, 12th Floor
                                      San Francisco, California 94104
                                      Telephone: 415/875-2300
                                      415/281-1350 (fax)

                                      FENWICK & WEST LLP
                                      JAY L. POMERANTZ
                                      FELIX S. LEE
                                      Silicon Valley Center
                                      801 California Street
                                      Mountain View, California 94041
                                      Telephone: 650/988-8500
                                      650/938-5200 (fax)

                                      Attorneys for Defendants
                                      Immersion Corporation, Victor A. Viegas,
                                      Clent Richardson, Stephen Ambler and Daniel
                                      Chavez

27 //
28 //

STIPULATION AND [PROPOSED] ORDER          3              09-cv-04073-MMC
CONTINUING CMC

| | | |
|---|---|---|
| 1 | Dated: November 11, 2009 | COUGHLIN STOIA GELLER |
| 2 | | RUDMAN & ROBBINS LLP |
| | | WILLOW E. RADCLIFFE |

Dated: November 11, 2009

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLOW E. RADCLIFFE


By:     /s/  Willow E. Radcliffe
        Willow E. Radcliffe

100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

KENDALL LAW GROUP, LLP
JOE KENDALL
HAMILTON LINDLEY
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)
Attorneys for Plaintiff Frank Hodges

    PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the Case Management Conference is hereby CONTINUED to April 30, 2010.  A Joint Case Management Statement shall be filed no later than April 23, 2010.

Dated: _____ November 16 _____, 2009      _____
                                                   THE HONORABLE MAXINE M. CHESNEY
                                                   UNITED STATES DISTRICT JUDGE

25311/00400/LIT/1307466.3

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC      4      09-cv-04073-MMC