SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
FELIX S. LEE (CSB NO. 197084)
flee@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Defendants
Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler and Daniel Chavez

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK HODGES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, VICTOR A. VIEGAS, RALPH EDWARD CLENTON RICHARDSON, STEPHEN M. AMBLER and DANIEL J. CHAVEZ,<br><br>Defendants. | Case No.  09-cv-04073-MMC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CMC

09-cv-04073-MMC

1     WHEREAS, the above-captioned action, *Hodges v. Immersion Corporation et al.*, filed on September 2, 2009 ("*Hodges*"), is alleged to be a class action asserting violations of the federal securities laws against Defendants Immersion Corporation ("Immersion"), Victor A. Viegas, Ralph Edward Clenton Richardson, Stephen M. Ambler and Daniel J. Chavez;

    WHEREAS, on September 2, 2009, this Court issued an order in the above-captioned action (Dkt No. 2) setting an Initial Case Management Conference for December 11, 2009 and the following deadlines:

1. November 20, 2009 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding discovery, early settlement, and the ADR Multi-Option Program; and

2. December 4, 2009 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Case Management Statement;

    WHEREAS, on October 19, 2009, the Court issued an order (Dkt No. 20) relating this action and the following later filed actions:

*Posner v. Immersion Corporation, et al.*, Case No. 4:09-cv-04118-PJH, filed on September 4, 2009 (alleged securities class action) ("*Posner*");

*Bilodeau v. Viegas, et al.*, Case No. 5:09-cv-04291-RS, filed on September 15, 2009 (alleged derivative action) ("*Bilodeau*");

*Barrios v. Immersion Corporation, et al.*, Case No. 5:09-cv-04412-JW (HRL), filed on September 18, 2009 (alleged securities class action) ("*Barrios*");

*Buell v. Viegas, et al.*, Case No. 3:09-cv-04561-CRB, filed on September 28, 2009 (alleged securities class action) ("*Buell*");

*Semelis v. Richardson, et al.*, Case No. 5:09-cv-04599-RS, filed on September 29, 2009 (alleged derivative action) ("*Semelis*"); and

*Benson v. Immersion Corporation, et al.*, Case No. 5:09-cv-04744-HRL, filed on October 5, 2009 (alleged securities class action) ("*Benson*");

    WHEREAS, on October 29, 2009, a third alleged derivative action was filed, *Mello v. Richardson, et al.*, Case No. 4:09-cv-05137-SBA ("*Mello*"). On November 4, 2009, the plaintiff in

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC      1      09-cv-04073-MMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

*Mello* filed an administrative motion to relate *Mello* with those cases related by this Court on October 19, 2009 (Dkt No. 29);

WHEREAS, *Hodges*, as well as the related securities actions of *Posner*, *Barrios*, *Buell* and *Benson,* are subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub.L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions;

WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on behalf of the purported class, and further provides that the appointment of lead plaintiff shall not be made until after a decision on a motion to consolidate is rendered (15 U.S.C. §78u-4(a)(3)(B)(ii));

WHEREAS, on November 2, 2009, two motions for consolidation of *Hodges* with the *Posner*, *Barrios*, *Buell* and *Benson* actions, appointment of lead plaintiff, and approval of lead counsel in the proposed consolidated action were filed. One motion was filed by proposed lead plaintiff John P. Loos and noticed for hearing on December 18, 2009 (Dkt Nos. 24-25). The other motion was filed by proposed lead plaintiff Norbert Muller and noticed for hearing on December 11, 2009 (Dkt Nos. 22-23);

WHEREAS, once there is a determination on the above motions for consolidation, lead plaintiff and approval of lead counsel, the parties anticipate that the lead plaintiff and the defendants will confer regarding the timing for filing a consolidated complaint and a schedule for motions to dismiss;

WHEREAS, the parties further anticipate that the timing of the filing of a consolidated complaint will take into consideration Immersion's previously announced internal investigation into certain previous revenue transactions and intent to restate certain financial statements previously filed with the Securities and Exchange Commission;

WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, counsel for the plaintiff and defendants in the above-captioned action respectfully submit that good cause exists to vacate the existing December 11, 2009 case

1  management conference and ADR deadlines until such time as the Court has the opportunity to
2  rule on the pending motions for consolidation, appointment of lead plaintiff, approval of lead
3  counsel, and a schedule for the filing of the consolidated complaint by the appointed lead plaintiff
4  as well as motions to dismiss said complaint has been approved by the Court.
5      IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between
6  undersigned counsel for the parties, that: (i) pursuant to Civil L.R. 16-2, that the Initial Case
7  Management Conference scheduled for December 11, 2009 be vacated and rescheduled for a date
8  that is not less than 30 days after the filing of a consolidated complaint, or such other time as the
9  Court shall determine to be appropriate; and (ii) that all associated ADR Multi-Option Program
10 deadlines likewise be deferred.

Dated: November 11, 2009

FENWICK & WEST LLP
JENNIFER C. BRETAN


By:         /s/ Jennifer C. Bretan
                Jennifer C. Bretan

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: 415/875-2300
415/281-1350 (fax)

FENWICK & WEST LLP
JAY L. POMERANTZ
FELIX S. LEE
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: 650/988-8500
650/938-5200 (fax)

Attorneys for Defendants
Immersion Corporation, Victor A. Viegas,
Clent Richardson, Stephen Ambler and Daniel
Chavez

//
//

| | |
|---|---|
| Dated: November 11, 2009 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLOW E. RADCLIFFE |
| | By: _____/s/ Willow E. Radcliffe_____<br>          Willow E. Radcliffe |
| | 100 Pine Street, 26th Floor<br>San Francisco, CA 94111<br>Telephone: 415/288-4545<br>415/288-4534 (fax) |
| | ABRAHAM FRUCHTER & TWERSKY LLP<br>JACK G. FRUCHTER<br>One Pennsylvania Plaza, Suite 2805<br>New York, NY 10119<br>Telephone: 212/279-5050<br>212/279-3655 (fax) |
| | KENDALL LAW GROUP, LLP<br>JOE KENDALL<br>HAMILTON LINDLEY<br>3232 McKinney Avenue, Suite 700<br>Dallas, TX 75204<br>Telephone: 214/744-3000<br>214/744-3015 (fax)<br>Attorneys for Plaintiff Frank Hodges |

   PURSUANT TO STIPULATION, IT IS SO ORDERED, with the exception that the Case Management Conference is hereby CONTINUED to April 30, 2010.  A Joint Case Management Statement shall be filed no later than April 23, 2010.

Dated: ____November 16____, 2009        _____[signature]_____
                                        THE HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE

25311/00400/LIT/1307466.3