UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administrative Motion to Relate Case has been filed regarding the following case: **C 09-5137 SBA, Mello v. Richardson, et al.**  The Motion states that said case may be related, within the meaning of Civil L.R. 3-12, to the case **C 09-4073 MMC, Hodges v. Immersion Corporation, et al.** and those cases that were found to be related thereto by order dated October 19, 2009.

ORDER

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

[ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).  Counsel are instructed that all future filings in the reassigned cases are to bear the initials **MMC** immediately after the case number.  Any case management conference in the reassigned cases will be rescheduled by the Court.  Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the undersigned.

**DATED:** November 16, 2009

_____
MAXINE M. CHESNEY
United States District Judge