RECEIVED
09 NOV 13 PM 3: 10
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HODGES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMMERSION CORPORATION, et al.,<br><br>Defendant. | CASE NO. 3:09-cv-04073-MMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

David A.P. Brower, whose business address and telephone number is

Brower Piven, A Professional Corporation
488 Madison Ave., 8th Floor
New York, New York 10022    Tel: (212) 501-9000

and who is an active member in good standing of the bar of U.S.D.C., S.D.N.Y.

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing John P. Loos

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 18, 2009



Honorable Maxine M. Chesney
United States District Judge