RECEIVED
09 NOV 24 PM 12:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED BY FAX
PURSUANT TO LOCAL RULES

1  LIONEL Z. GLANCY (#134180)
   MICHAEL GOLDBERG (#188669)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angels, California 90067
   Telephone:   (310)-201-9150
4  Facsimile:   (310)-201-9160
   E-mail:info@glancylaw.com
5
   STEVEN D. COHN
6  KIRBY McINERNEY LLP
   825 Third Avenue
7  New York, NY 10022
   Telephone:   (212)-371-6600
8  Facsimile:   (212)-751-2540
   E-mail:      scohn@kmllp.com
9
   Counsel for Movant Norbert Muller
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13
   FRANK HODGES, Individually and on behalf of
14 All Others Similarly Situated,                Case No. 09-cv-04073-MMC

15              Plaintiff,                      ~~PROPOSED~~ ORDER GRANTING
                                                APPLICATION FOR ADMISSION
16         v.                                   OF ATTORNEY *PRO HAC VICE*

17 IMMERSION CORPORATION, et al.,

18              Defendants.

19

20         Steven D. Cohn, an active member in good standing of the bar of the United States

21 District Court for the Southern District of New York, whose business address and telephone

22 number is:

23 Kirby McInerney LLP
   825 Third Avenue
24 New York, NY 10022
   Tel: (212)-371-6600
25
   having applied in the above-entitled action for admission to practice in the Northern District of
26
   California on a *pro hac vice* basis, representing proposed lead plaintiff Norbert Muller.
27
         IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
28

1 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
2 *vice*. Service of papers upon and communication with co-counsel designated in the application
3 will constitute notice to the party. All future filings in this action are subject to the requirements
4 contained in General Order No. 45, *Electronic Case Filing*.

7 Dated: November 30, 2009

   *[signature]*
   Hon. Maxine M. Chesney
   United States District Judge