|   |   |
|---|---|
| 1 | LIONEL Z. GLANCY (#134180) |
|   | MICHAEL GOLDBERG (#188669) |
| 2 | GLANCY BINKOW & GOLDBERG LLP |
|   | 1801 Avenue of the Stars, Suite 311 |
| 3 | Los Angels, California 90067 |
|   | Telephone:   (310)-201-9150 |
| 4 | Facsimile:    (310)-201-9160 |
|   | E-mail:info@glancylaw.com |
| 5 |   |
|   | IRA. M. PRESS |
| 6 | KIRBY McINERNEY LLP |
|   | 825 Third Avenue |
| 7 | New York, NY 10022 |
|   | Telephone:   (212)-371-6600 |
| 8 | Facsimile:    (212)-751-2540 |
|   | E-mail:       ipress@kmllp.com |
| 9 |   |
|   | Counsel for Movant Norbert Muller |

**RECEIVED**
09 NOV 24 PM 12: 53
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED BY FAX
PURSUANT TO LOCAL RULES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| FRANK HODGES, Individually and on behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>IMMERSION CORPORATION, et al.,<br><br>      Defendants. | Case No. 09-cv-04073-MMC<br><br>~~PROPOSED~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
|---|---|

  Ira M. Press, an active member in good standing of the bar of the United States District Court for the Southern District of New York, whose business address and telephone number is:

Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
Tel: (212)-371-6600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing proposed lead plaintiff Norbert Muller.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice.* Service of papers upon and communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing.*

Dated: November 30, 2009

Hon. Maxine M. Chesney
United States District Judge