1  LIONEL Z. GLANCY (#134180)
   MICHAEL GOLDBERG (#188669)
2  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
3  Los Angels, California 90067
   Telephone:   (310)-201-9150
4  Facsimile:   (310)-201-9160
   E-mail:info@glancylaw.com
5
   IRA. M. PRESS
6  KIRBY McINERNEY LLP
   825 Third Avenue
7  New York, NY 10022
   Telephone:   (212)-371-6600
8  Facsimile:   (212)-751-2540
   E-mail:      ipress@kmllp.com
9
   Counsel for Movant Norbert Muller
10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13 | FRANK HODGES, Individually and on behalf of
   | All Others Similarly Situated,              | Case No. 09-cv-04073-MMC
14 |
   |                  Plaintiff,                 | ~~PROPOSED~~ ORDER GRANTING
15 |                                             | APPLICATION FOR ADMISSION
   |            v.                               | OF ATTORNEY *PRO HAC VICE*
16 |
   | IMMERSION CORPORATION, et al.,
17 |
   |                  Defendants.
18

19

20      Ira M. Press, an active member in good standing of the bar of the United States District

21 Court for the Southern District of New York, whose business address and telephone number is:

22 Kirby McInerney LLP
   825 Third Avenue
23 New York, NY 10022
   Tel: (212)-371-6600
24
   having applied in the above-entitled action for admission to practice in the Northern District of
25
   California on a *pro hac vice* basis, representing proposed lead plaintiff Norbert Muller.
26
        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
27
   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
28

FILED BY FAX
PURSUANT TO LOCAL RULES

1 | *vice*. Service of papers upon and communication with co-counsel designated in the application
2 | will constitute notice to the party. All future filings in this action are subject to the requirements
3 | contained in General Order No. 45, *Electronic Case Filing*.

Dated: November 30, 2009

*Maxine M. Chesney*
Hon. Maxine M. Chesney
United States District Judge