**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK HODGES,<br><br>        Plaintiff,<br>  v.<br><br>IMMERSION CORPORATION, et al.,<br><br>        Defendants<br>_____/<br>MICHAEL POSNER,<br><br>        Plaintiff,<br>  v.<br><br>IMMERSION CORPORATION, et al.,<br><br>        Defendants<br>_____/<br>STEVEN H. BUELL,<br><br>  v.<br><br>IMMERSION CORPORATION, et al.,<br><br>        Defendants<br>_____/<br>ANDREW BENSON,<br><br>  v.<br><br>IMMERSION CORPORATION, et al.,<br><br>        Defendants<br>_____/ | No. C-09-4073 MMC<br>No. C-09-4118 MMC<br>No. C-09-4561 MMC<br>No. C-09-4744 MMC<br><br>**ORDER VACATING DECEMBER 18, 2009 HEARING ON MOTIONS FOR CONSOLIDATION, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

1  Before the Court are two motions: (1) John P. Loos's Motion for Consolidation,
2 Appointment of Lead Plaintiff and Approval of Selection of Counsel, filed November 2,
3 2009; and (2) Norbert Muller's Motion for Consolidation of Related Actions, Appointment As
4 Lead Plaintiff and Approval of Co-Lead Counsel, filed November 2, 2009.  On November
5 25, 2009, each movant filed a memorandum in further support of his motion, and, on
6 December 4, 2009, each movant filed a reply memorandum.  Having read and considered
7 the parties' respective submissions, the Court deems the matters suitable for decision
8 thereon, and hereby VACATES the hearing scheduled for December 18, 2009.

**IT IS SO ORDERED.**

Dated:  December 16, 2009

MAXINE M. CHESNEY
United States District Judge