United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION<br>_____<br>This Document Relates To: Cases Nos. C-09-4118 (Posner), C-09-4561 (Buell), C-09-4744 (Benson)<br>_____/ | Master File No. C 09-4073 MMC<br>**ORDER CLOSING CONSOLIDATED CASES FOR STATISTICAL PURPOSES ONLY** |

By separate order filed concurrently herewith, the following four cases have been consolidated for all purposes, with the consolidated action being titled In re Immersion Corporation Securities Litigation, C-09-4073 MMC:

Hodges v. Immersion Corp., Case No. 09-4073 MMC
Posner v. Immersion Corp., Case No. 09-4118 MMC
Buell v. Immersion Corp., Case No. 09-4561 MMC
Benson v. Immersion Corp., Case No. 09-4744 MMC.

In light of the consolidation, the parties have been directed, pursuant to the separate order filed herewith, to file all further filings in Case No. C-09-4073. Consequently, there appears to be no reason at this time to maintain the remainder of the cases as open files for statistical purposes. Accordingly, the above-referenced cases, with the exception of Case No. 09-4073 MMC, are hereby CLOSED for statistical purposes only.

//

Nothing contained in this order shall be considered a dismissal or disposition of any action, and, should further proceedings therein become necessary or desirable, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated:  December 21, 2009

*[signature]*
MAXINE M. CHESNEY
United States District Judge