| | |
|---|---|
| 1 | SUSAN S. MUCK (CSB NO. 126930) |
| | smuck@fenwick.com |
| 2 | JENNIFER BRETAN (CSB NO. 233475) |
| | jbretan@fenwick.com |
| 3 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 875-2300 |
| 5 | Facsimile: (415) 281-1350 |
| 6 | JAY L. POMERANTZ (CSB NO. 209869) |
| | jpomerantz@fenwick.com |
| 7 | FELIX S. LEE (CSB NO. 197084) |
| | flee@fenwick.com |
| 8 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 9 | 801 California Street |
| | Mountain View, California 94041 |
| 10 | Telephone: (650) 988-8500 |
| | Facsimile: (650) 938-5200 |

Attorneys for Defendants
Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler and Daniel Chavez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: IMMERSION CORPORATION SECURITIES LITIGATION | Case No. CV 09-4073 MMC |
| | CLASS ACTION |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO** |
| ALL ACTIONS | |
| | (Civil L.R. 7-12) |
| | Judge: The Honorable Maxine M. Chesney |
| | Date Action Filed: September 2, 2009 |

**WHEREAS**, on December 21, 2009, this Court issued an order consolidating several related securities class action complaints as *In re Immersion Corporation Securities Litigation*, appointing John P. Loos as Lead Plaintiff and approving Lead Plaintiff's selection of Brower Piven, A Professional Corporation, as Lead Class Counsel, and directing Lead Plaintiff and defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler and Daniel Chavez ("Defendants") (collectively, the "Parties") to meet and confer and, no later than January 8, 2010, submit a stipulated schedule for the filing of a consolidated complaint (the "Consolidated Complaint") and for the briefing of responses thereto;

**WHEREAS**, on July 1, 2009, Immersion Corporation ("Immersion" or the "Company") announced that the Audit Committee of its Board of Directors was conducting an investigation into certain previous revenue transactions in Immersion's Medical line of business;

**WHEREAS**, on August 10, 2009, Immersion (1) announced that its Audit Committee concluded that a restatement of the Company's previously issued consolidated financial statements as of and for the year ended December 31, 2008 and auditor's report thereon, and previously issued unaudited financial statements as of and for the periods ended March 31, 2009, December 31, 2008, September 30, 2008, June 30, 2008 and March 31, 2008, would be required ("Anticipated Restatement"); and (2) stated that it was diligently pursuing these matters and intended to file its restatement as soon as reasonably practicable after the conclusion of the Audit Committee's investigation and analysis;

**WHEREAS**, on December 1, 2009, Immersion announced that it was working diligently towards filing its restatement with the Securities and Exchange Commission ("SEC") as soon as practicable; and

**WHEREAS**, because the Parties anticipate that Immersion's Anticipated Restatement may relate to matters underlying and/or relevant to the allegations in this action, the Parties respectfully submit that judicial resources and those of the Parties may be conserved and that judicial efficiency may be achieved if the Consolidated Complaint were permitted to be filed after the Anticipated Restatement;

| | |
|---|---|
| 1 | **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between |
| 2 | undersigned counsel for the Parties that: |
| 3 | (i) Lead Plaintiff shall file a Consolidated Complaint no later than 60 days after the |
| 4 | Anticipated Restatement is filed with the SEC, but, absent further Order by the |
| 5 | Court, in no event later than June 30, 2010. The Consolidated Complaint will |
| 6 | supersede all existing complaints filed in this action, and Defendants are not |
| 7 | required to respond to any of the complaints filed in this action prior to the |
| 8 | Consolidated Complaint; |
| 9 | (ii) The deadline for Defendants to move, answer or otherwise respond to the |
| 10 | Consolidated Complaint shall be 60 days after the Consolidated Complaint is |
| 11 | filed; |
| 12 | (iii) In the event Defendants move to dismiss the Consolidated Complaint, Lead |
| 13 | Plaintiff shall file his opposition(s) to Defendants' motion(s) no later than 60 |
| 14 | days after such motion(s) are filed; and |
| 15 | (iv) In the event Defendants move to dismiss the Consolidated Complaint, |
| 16 | Defendants shall file any replies to Lead Plaintiff's opposition(s) to the |
| 17 | motion(s) to dismiss no later than 40 days after such opposition(s) are filed. |

Fenwick & West LLP
Attorneys At Law
San Francisco

| | | |
|---|---|---|
| 1 | Dated: January 7, 2010 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Jay L. Pomerantz |
| 4 | | Jay L. Pomerantz, Esq.<br>Silicon Valley Center |
| 5 | | 801 California Street<br>Mountain View, CA 940401 |
| 6 | | Tel: (650) 988-8500<br>Fax: (650) 938-5200 |
| 7 | | Attorneys for Defendants |
| 8 | | Immersion Corporation, Victor A. Viegas,<br>Clent Richardson, Stephen Ambler and Daniel<br>Chavez |
| 9 | Dated: January 7, 2010 | BROWER PIVEN, |
| 10 | | A Professional Corporation |
| 11 | | By: /s/ David A. P. Brower |
| 12 | | David A. P. Brower<br>488 Madison Avenue |
| 13 | | Eighth Floor<br>New York, New York 10022 |
| 14 | | Tel: (212) 501-9000<br>Fax: (212) 501-0300 |
| 15 | | Attorneys for Lead Plaintiff<br>and the Proposed Class |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 12, 2010

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
United States District Court Judge

25311/00400/DOCS/2176746.3

STIPULATION AND PROP. ORDER SETTING
SCHEDULE FOR FILING CONSOLIDATED      3     CASE NO. CV 09-4073 MMC
COMPLAINT AND RESPONSES THERETO