SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:   (415) 875-2300
Facsimile:    (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
FELIX S. LEE (CSB NO. 197084)
flee@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:   (650) 988-8500
Facsimile:    (650) 938-5200

Attorneys for Defendants
Immersion Corporation, Victor A. Viegas, Clent
Richardson, Stephen Ambler and Daniel Chavez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: IMMERSION CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. CV 09-4073 MMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT AND RESPONSES THERETO**<br><br>(Civil L.R. 7-12)<br><br>Judge: The Honorable Maxine M. Chesney<br><br>Date Action Filed: September 2, 2009 |

**WHEREAS**, on December 21, 2009, this Court issued an order consolidating several related securities class action complaints as *In re Immersion Corporation Securities Litigation*, appointing John P. Loos as Lead Plaintiff and approving Lead Plaintiff's selection of Brower Piven, A Professional Corporation, as Lead Class Counsel, and directing Lead Plaintiff and defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler and Daniel Chavez ("Defendants") (collectively, the "Parties") to meet and confer and, no later than January 8, 2010, submit a stipulated schedule for the filing of a consolidated complaint (the "Consolidated Complaint") and for the briefing of responses thereto;

**WHEREAS**, on July 1, 2009, Immersion Corporation ("Immersion" or the "Company") announced that the Audit Committee of its Board of Directors was conducting an investigation into certain previous revenue transactions in Immersion's Medical line of business;

**WHEREAS**, on August 10, 2009, Immersion (1) announced that its Audit Committee concluded that a restatement of the Company's previously issued consolidated financial statements as of and for the year ended December 31, 2008 and auditor's report thereon, and previously issued unaudited financial statements as of and for the periods ended March 31, 2009, December 31, 2008, September 30, 2008, June 30, 2008 and March 31, 2008, would be required ("Anticipated Restatement"); and (2) stated that it was diligently pursuing these matters and intended to file its restatement as soon as reasonably practicable after the conclusion of the Audit Committee's investigation and analysis;

**WHEREAS**, on December 1, 2009, Immersion announced that it was working diligently towards filing its restatement with the Securities and Exchange Commission ("SEC") as soon as practicable; and

**WHEREAS**, because the Parties anticipate that Immersion's Anticipated Restatement may relate to matters underlying and/or relevant to the allegations in this action, the Parties respectfully submit that judicial resources and those of the Parties may be conserved and that judicial efficiency may be achieved if the Consolidated Complaint were permitted to be filed after the Anticipated Restatement;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between undersigned counsel for the Parties that:

(i) Lead Plaintiff shall file a Consolidated Complaint no later than 60 days after the Anticipated Restatement is filed with the SEC, but, absent further Order by the Court, in no event later than June 30, 2010.  The Consolidated Complaint will supersede all existing complaints filed in this action, and Defendants are not required to respond to any of the complaints filed in this action prior to the Consolidated Complaint;

(ii) The deadline for Defendants to move, answer or otherwise respond to the Consolidated Complaint shall be 60 days after the Consolidated Complaint is filed;

(iii) In the event Defendants move to dismiss the Consolidated Complaint, Lead Plaintiff shall file his opposition(s) to Defendants' motion(s) no later than 60 days after such motion(s) are filed; and

(iv) In the event Defendants move to dismiss the Consolidated Complaint, Defendants shall file any replies to Lead Plaintiff's opposition(s) to the motion(s) to dismiss no later than 40 days after such opposition(s) are filed.

Dated: January 7, 2010

FENWICK & WEST LLP

By: /s/ Jay L. Pomerantz
Jay L. Pomerantz, Esq.
Silicon Valley Center
801 California Street
Mountain View, CA 940401
Tel: (650) 988-8500
Fax: (650) 938-5200

Attorneys for Defendants
Immersion Corporation, Victor A. Viegas,
Clent Richardson, Stephen Ambler and Daniel
Chavez

Dated: January 7, 2010

BROWER PIVEN,
 A Professional Corporation

By: /s/ David A. P. Brower
David A. P. Brower
488 Madison Avenue
Eighth Floor
New York, New York 10022
Tel: (212) 501-9000
Fax: (212) 501-0300

Attorneys for Lead Plaintiff
and the Proposed Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 12, 2010

/s/ Maxine M. Chesney
Hon. Maxine M. Chesney
United States District Court Judge

25311/00400/DOCS/2176746.3