1   ROBBINS GELLER RUDMAN
       & DOWD LLP
2   WILLOW E. RADCLIFFE (200087)
    SARAH R. HOLLOWAY (254134)
3   100 Pine Street, Suite 2600
    San Francisco, CA  94111
4   Telephone:  415/288-4545
    415/288-4534 (fax)
5   willowr@rgrdlaw.com
    sholloway@rgrdlaw.com
6
    Liaison Counsel for Lead Plaintiff
7
    BROWER PIVEN
8       A Professional Corporation
    DAVID A.P. BROWER
9   488 Madison Avenue, 8th Floor
    New York, NY  10022
10  Telephone:  212/501-9000
    212/501-0300 (fax)
11  brower@browerpiven.com

12  Lead Counsel for Lead Plaintiff

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15  In re IMMERSION CORPORATION          )   Master File No. 09-cv-04073-MMC
    SECURITIES LITIGATION                )
16  _____  )   CLASS ACTION
                                         )
17  This Document Relates To:            )   STIPULATION AND [PROPOSED] ORDER
                                         )   CONTINUING CASE MANAGEMENT
18          ALL ACTIONS.                 )   CONFERENCE
                                         )
19  _____  )

20

21

22

23

24

25

26

27

28

1   WHEREAS, on September 2, 2009, this Court issued an order in the above-captioned action

2   setting an Initial Case Management Conference for December 11, 2009.

3   WHEREAS, on November 16, 2009, this Court issued an order continuing the Case

4   Management Conference until April 30, 2010 and setting a deadline for the Joint Case Management

5   Statement for April 23, 2010.

6   WHEREAS, on January 12, 2010, this Court issued an order setting forth the following

7   deadlines regarding Lead Plaintiff's Consolidated Complaint and Defendants' motion to dismiss:

8   (i)   Lead Plaintiff shall file a Consolidated Complaint no later than 60 days after

9   Immersion's anticipated restatement is filed with the U.S. Securities and Exchange Commission, but,

10   absent further Order by the Court, in no event later than June 30, 2010;

11   (ii)   Defendants shall move, answer or otherwise respond to the Consolidated Complaint

12   within 60 days after the Consolidated Complaint is filed;

13   (iii)   In the event Defendants move to dismiss the Consolidated Complaint, Lead Plaintiff

14   shall file his opposition to Defendants' motion no later than 60 days after such motion is filed; and

15   (iv)   In the event Defendants move to dismiss the Consolidated Complaint, Defendants

16   shall file any replies to Lead Plaintiff's opposition to the motion to dismiss no later than 40 days

17   after such opposition is filed.

18   WHEREAS, on February 8, 2010, Immersion filed its anticipated restatement.

19   WHEREAS, pursuant to the Court's January 12, 2010 Order, Lead Plaintiff's Consolidated

20   Complaint is due April 9, 2010, Defendants' motion to dismiss is due June 8, 2010, Lead Plaintiff's

21   opposition to Defendants motion to dismiss is due August 9, 2010, and Defendants' reply in support

22   of their motion to dismiss is due September 20, 2010.

23   WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, unless

24   otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion

25   to dismiss (15 U.S.C. §78u-4(b)(3)(B)).

26   WHEREAS, counsel for Lead Plaintiff and Defendants respectfully submit that good cause

27   exists to vacate the existing April 30, 2010 Case Management Conference and April 23, 2010 Joint

28

1    Case Management Statement deadlines until such time as the Court has the opportunity to rule on

2    Defendants' motion to dismiss.

3         IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between

4    undersigned counsel for the parties, that: (i) pursuant to Civil L.R. 16-2, the Case Management

5    Conference scheduled for April 30, 2010 be vacated and rescheduled for a date that is not less than

6    30 days after the Court's ruling on Defendants' motion to dismiss, or such other time as the Court

7    shall determine to be appropriate; and (ii) the Joint Case Management Statement deadline of April

8    23, 2010 likewise be deferred.

9    DATED:  April 7, 2010                    BROWER PIVEN
                                                A Professional Corporation
10                                              DAVID A.P. BROWER

11

12                                                        DAVID A.P. BROWER

13

14                                              488 Madison Avenue, 8th Floor
                                                New York, NY  10022
15                                              Telephone:  212/501-9000
                                                212/501-0300 (fax)

16                                              Counsel for Lead Plaintiff

17                                              ROBBINS GELLER RUDMAN
                                                    & DOWD LLP
18                                              WILLOW E. RADCLIFFE
                                                SARAH R. HOLLOWAY
19                                              100 Pine Street, 26th Floor
                                                San Francisco, CA  94111
20                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
21
                                                Liaison Counsel for Lead Plaintiff
22
     DATED:  April __, 2010                     FENWICK & WEST LLP
23                                              JAY L. POMERANTZ
                                                FELIX S. LEE
24

25

26                                              _____
                                                        JAY L. POMERANTZ
27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE -
09-cv-04073-MMC                                                              - 2 -

1    Case Management Statement deadlines until such time as the Court has the opportunity to rule on

2    Defendants' motion to dismiss.

3        IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between

4    undersigned counsel for the parties, that: (i) pursuant to Civil L.R. 16-2, the Case Management

5    Conference scheduled for April 30, 2010 be vacated and rescheduled for a date that is not less than

6    30 days after the Court's ruling on Defendants' motion to dismiss, or such other time as the Court

7    shall determine to be appropriate; and (ii) the Joint Case Management Statement deadline of April

8    23, 2010 likewise be deferred.

9    DATED: April __, 2010                    BROWER PIVEN
                                                A Professional Corporation
10                                              DAVID A.P. BROWER

11

12                                              _____
                                                    DAVID A.P. BROWER
13
                                                488 Madison Avenue, 8th Floor
14                                              New York, NY  10022
                                                Telephone: 212/501-9000
15                                              212/501-0300 (fax)

16                                              Counsel for Lead Plaintiff

17                                              ROBBINS GELLER RUDMAN
                                                  & DOWD LLP
18                                              WILLOW E. RADCLIFFE
                                                SARAH R. HOLLOWAY
19                                              100 Pine Street, 26th Floor
                                                San Francisco, CA  94111
20                                              Telephone: 415/288-4545
                                                415/288-4534 (fax)
21
                                                Liaison Counsel for Lead Plaintiff
22
     DATED: April 7, 2010                       FENWICK & WEST LLP
23                                              JAY L. POMERANTZ
                                                FELIX S. LEE
24

25

26                                              _____
                                                      JAY L. POMERANTZ
27

28

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE -
09-cv-04073-MMC                                                              - 2 -

1   Silicon Valley Center
    801 California Street
2   Mountain View, California  94041
    Telephone:  650/988-8500
3   650/938-5200 (fax)

4   FENWICK & WEST LLP
    SUSAN S. MUCK
5   JENNIFER C. BRETAN
    555 California Street, 12th Floor
6   San Francisco, CA  94104
    Telephone: 415/875-2300
7   415/281-1350 (fax)

8   Attorneys for Defendants Immersion
    Corporation, Victor A. Viegas, Clent Richardson,
9   Stephen Ambler and Daniel Chavez

10                      *       *       *

11              **PROPOSED ORDER**

12      PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

13      The Case Management Conference currently set for April 30, 2010 ~~and Joint Case~~
14  is CONTINUED to November 12, 2010.  A Joint Case Management Statement shall be filed no
    ~~Management Statement deadline currently set for April 23, 2010 are hereby vacated and will be~~
15  later than November 5, 2010.
    ~~rescheduled at a later time for a date not less than 30 days after the Court rules on Defendants'~~
16  ~~motion to dismiss.~~

17  DATED: ___April 8, 2010_____

18                                      THE HONORABLE MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

514392_1    STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE -
            09-cv-04073-MMC                                                              - 3 -