1   SUSAN S. MUCK (CSB NO. 126930)
    smuck@fenwick.com
2   JENNIFER BRETAN (CSB NO. 233475)
    jbretan@fenwick.com
3   FENWICK & WEST LLP
    555 California Street, 12th Floor
4   San Francisco, California  94104
    Telephone:     (415) 875-2300
5   Facsimile:     (415) 281-1350

6   JAY L. POMERANTZ (CSB NO. 209869)
    jpomerantz@fenwick.com
7   FELIX S. LEE (CSB NO. 197084)
    flee@fenwick.com
8   FENWICK & WEST LLP
    Silicon Valley Center
9   801 California Street
    Mountain View, California 94041
10  Telephone:     (650) 988-8500
    Facsimile:     (650) 938-5200
11
    Attorneys for Defendants Immersion Corporation,
12  Victor A. Viegas, Clent Richardson, Stephen
    Ambler, Richard Vogel and Daniel Chavez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  CV 09-4073 MMC<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULE FOR RESPONSES TO CONSOLIDATED COMPLAINT**<br><br>(Civil L.R. 7-12)<br><br>Judge: The Honorable Maxine M. Chesney<br><br>Date Action Filed:  September 2, 2009 |

**WHEREAS**, on January 12, 2010, this Court issued an order in the above-captioned action setting forth the following timing regarding the filing of Lead Plaintiff's Consolidated Complaint and the briefing of responses thereto (the "Briefing Schedule"):

(i) Lead Plaintiff shall file a Consolidated Complaint no later than 60 days after Immersion's anticipated restatement is filed with the U.S. Securities and Exchange Commission, but, absent further Order by the Court, in no event later than June 30, 2010;

(ii) Defendants shall move, answer or otherwise respond to the Consolidated Complaint within 60 days after the Consolidated Complaint is filed;

(iii) In the event Defendants move to dismiss the Consolidated Complaint, Lead Plaintiff shall file his opposition to Defendants' motion no later than 60 days after such motion is filed; and

(iv) In the event Defendants move to dismiss the Consolidated Complaint, Defendants shall file any replies to Lead Plaintiff's opposition to the motion to dismiss no later than 40 days after such opposition is filed.

**WHEREAS**, pursuant to the January 12, 2010 order, Lead Plaintiff filed his Consolidated Complaint on April 9, 2010, sixty (60) days after Immersion's February 8, 2010 restatement;

**WHEREAS**, the Consolidated Complaint named Richard Vogel as an additional defendant;

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between undersigned counsel for the Parties that: (i) Richard Vogel is a "Defendant" within the terms of the January 12, 2010 order; and (ii) the Briefing Schedule for responses to the Consolidated Complaint set out therein shall apply equally to Mr. Vogel.

///
///
///
///
///

STIPULATION AND PROPOSED ORDER
REGARDING SCHEDULE FOR RESPONSES TO    1    CASE NO. CV 09-4073 MMC
CONSOLIDATED COMPLAINT

| | |
|---|---|
| Dated: April 20, 2010 | FENWICK & WEST LLP<br><br>By: _____<br>Jennifer C. Bretan, Esq.<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br>Telephone:     (415) 875-2300<br>Facsimile: (415) 281-1350<br><br>Attorneys for Defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler, Richard Vogel and Daniel Chavez |
| Dated: April 19, 2010 | BROWER PIVEN,<br>  A Professional Corporation<br><br>By: _____<br>David A. P. Brower<br>488 Madison Avenue<br>Eighth Floor<br>New York, New York 10022<br>Tel:  (212) 501-9000<br>Fax: (212) 501-0300<br><br>Attorneys for Lead Plaintiff<br>and the Proposed Class |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __April 21, 2010__

_____
Hon. Maxine M. Chesney
United States District Court Judge