1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  JENNIFER BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone:   (415) 875-2300
5  Facsimile:    (415) 281-1350

6  JAY L. POMERANTZ (CSB NO. 209869)
   jpomerantz@fenwick.com
7  FELIX S. LEE (CSB NO. 197084)
   flee@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, California 94041
10 Telephone:   (650) 988-8500
   Facsimile:    (650) 938-5200
11

12 Attorneys for Defendants
   Immersion Corporation, Victor A. Viegas, Clent
13 Richardson, Stephen Ambler and Daniel Chavez

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 |                                          | Case No. CV 09-4073 MMC
   | In re: IMMERSION CORPORATION             |
18 | SECURITIES LITIGATION                    | CLASS ACTION
   |                                          |
19 | This Document Relates to:                | **STIPULATION AND [PROPOSED] ORDER GRANTING REQUEST FOR A ONE-WEEK EXTENSION TO FILE MOTION TO DISMISS COMPLAINT**
20 | ALL ACTIONS                              |
21 |                                          | (Civil L.R. 7-12)
22 |                                          | Judge: The Honorable Maxine M. Chesney
23 |                                          | Date Action Filed: September 2, 2009

---

STIPULATION AND PROP. SCHEDULING ORDER                                         CASE NO. CV 09-4073 MMC

1   **WHEREAS**, on January 12, 2010, this Court issued an order setting the briefing schedule for the motion to dismiss the Consolidated Complaint in the above-captioned action ("Scheduling Order");

**WHEREAS**, pursuant to the Scheduling Order, Defendants' motion to dismiss is currently due on June 8, 2010; and

**WHEREAS**, counsel for Defendants have requested Plaintiff's counsel to agree to a one-week extension of the due date for Defendants' motion to dismiss (and a corresponding one-week extension to the due dates for the opposition and reply briefs), and Plaintiff's counsel has agreed to such extension.

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between undersigned counsel for the Parties that:

(i) Defendants' motion to dismiss the Consolidated Complaint shall be due on June 15, 2010;

(ii) Lead Plaintiff's opposition to Defendants' motion shall be due on August 16, 2010; and

(iii) Defendants' reply shall be due on September 27, 2010.

STIPULATION AND PROP. SCHEDULING ORDER        1        CASE NO. CV 09-4073 MMC

| | | |
|---|---|---|
| 1 | Dated: June 4, 2010 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Jay L. Pomerantz<br>Jay L. Pomerantz, Esq.<br>Silicon Valley Center |
| 4 | | 801 California Street<br>Mountain View, CA 940401 |
| 5 | | Tel: (650) 988-8500<br>Fax: (650) 938-5200 |
| 6 | | |
| 7 | | Attorneys for Defendants<br>Immersion Corporation, Victor A. Viegas, |
| 8 | | Clent Richardson, Stephen Ambler and Daniel<br>Chavez |
| 9 | Dated: June 4, 2010 | BROWER PIVEN,<br>  A Professional Corporation |
| 10 | | |
| 11 | | By: /s/ David A. P. Brower<br>David A. P. Brower |
| 12 | | 488 Madison Avenue<br>Eighth Floor |
| 13 | | New York, New York 10022<br>Tel: (212) 501-9000 |
| 14 | | Fax: (212) 501-0300 |
| 15 | | Attorneys for Lead Plaintiff<br>  and the Proposed Class |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 9, 2010

Hon. Maxine M. Chesney
United States District Court Judge