IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION _____/ | Master File No. C-09 4073 MMC<br><br>**ORDER VACATING OCTOBER 29, 2010 HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CONSOLIDATED COMPLAINT** |

    Before the Court are defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler, Richard Vogel, and Daniel Chavez's ("defendants") Motion to Dismiss Plaintiff's Consolidated Complaint, filed June 15, 2010. Lead plaintiff John Loos has filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for October 29, 2010.

    **IT IS SO ORDERED.**

Dated: October 25, 2010

MAXINE M. CHESNEY
United States District Judge