ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (200087)
SARAH R. HOLLOWAY (254134)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
sholloway@rgrdlaw.com

Liaison Counsel for Plaintiffs

BROWER PIVEN
  A Professional Corporation
DAVID A.P. BROWER
488 Madison Avenue, 8th Floor
New York, NY  10022
Telephone:  212/501-9000
212/501-0300 (fax)
brower@browerpiven.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION | Master File No. 09-cv-04073-MMC |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| ALL ACTIONS. | |

584495_1

1    WHEREAS, on September 2, 2009, this Court issued an order in the above-captioned action setting an Initial Case Management Conference for December 11, 2009;

WHEREAS, on November 16, 2009, this Court issued an order continuing the Case Management Conference until April 30, 2010 and setting a deadline for the Joint Case Management Statement for April 23, 2010;

WHEREAS, on April 8, 2010, this Court issued an order continuing the Case Management Conference from April 30, 2010 to November 12, 2010 and setting a deadline for the Joint Case Management Statement for November 5, 2010;

WHEREAS, on April 9, 2010, Lead Plaintiff filed a Consolidated Complaint for Violation of the Federal Securities Laws ("Complaint");

WHEREAS, on June 15, 2010, Defendants filed a motion to dismiss the Complaint;

WHEREAS, on August 16, 2010, Lead Plaintiff filed a memorandum in opposition to Defendants' motion to dismiss;

WHEREAS, on September 27, 2010, Defendants filed a reply memorandum in support of their motion to dismiss;

WHEREAS, on October 25, 2010, the Court deemed Defendants' motion to dismiss suitable for a decision on the papers submitted by the parties;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, unless otherwise ordered by the Court, discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. §78u-4(b)(3)(B)); and

WHEREAS, counsel for Lead Plaintiff and Defendants respectfully submit that good cause exists to vacate the existing November 12, 2010 Case Management Conference and November 5, 2010 Joint Case Management Statement deadlines until such time as the Court has the opportunity to rule on Defendants' motion to dismiss.

IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between undersigned counsel for the parties, that: (i) pursuant to Civil L.R. 16-2, the Case Management Conference scheduled for November 12, 2010 be vacated and rescheduled for a date that is not less than 30 days after the Court's ruling on Defendants' motion to dismiss, or such other time as the

1 | Court shall determine to be appropriate; and (ii) the Joint Case Management Statement deadline of
2 | November 5, 2010 likewise be deferred.

3 | DATED: November 1, 2010     ROBBINS GELLER RUDMAN
                                  & DOWD LLP
                                WILLOW E. RADCLIFFE
                                SARAH R. HOLLOWAY

                                        /s/
                                WILLOW E. RADCLIFFE

                                Post Montgomery Center
                                One Montgomery Street, Suite 1800
                                San Francisco, CA  94104
                                Telephone:  415/288-4545
                                415/288-4534 (fax)

                                Liaison Counsel for Plaintiffs

                                BROWER PIVEN
                                  A Professional Corporation
                                DAVID A.P. BROWER
                                488 Madison Avenue, 8th Floor
                                New York, NY  10022
                                Telephone:  212/501-9000
                                212/501-0300 (fax)

                                Lead Counsel for Plaintiffs

DATED: November 1, 2010         FENWICK & WEST LLP
                                SUSAN S. MUCK
                                JENNIFER C. BRETAN

                                        /s/
                                JENNIFER C. BRETAN

                                555 California Street, 12th Floor
                                San Francisco, CA  94104
                                Telephone:  415/875-2300
                                415/281-1350 (fax)

                                Attorneys for Defendants Immersion
                                Corporation, Victor A. Viegas, Clent Richardson,
                                Stephen Ambler and Daniel Chavez

1  I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with
3  General Order 45, X.B., I hereby attest that Jennifer C. Bretan has concurred in this filing.

                                                          /s/
                                              WILLOW E. RADCLIFFE

                                   *     *     *
                              ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

The Case Management Conference currently set for November 12, 2010 and Joint Case Management Statement deadline currently set for November 5, 2010 are hereby vacated and will be rescheduled at a later time ~~for a date not less than 30 days~~ after the Court rules on Defendants' motion to dismiss.

DATED: November 2, 2010

                                              THE HONORABLE MAXINE M. CHESNEY
                                              UNITED STATES DISTRICT JUDGE