ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (200087)
SARAH R. HOLLOWAY (254134)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
sholloway@rgrdlaw.com

Liaison Counsel for Plaintiffs

BROWER PIVEN
  A Professional Corporation
DAVID A.P. BROWER
488 Madison Avenue, 8th Floor
New York, NY  10022
Telephone:  212/501-9000
212/501-0300 (fax)
brower@browerpiven.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. 09-cv-04073-MMC |
|  | ) <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>        ALL ACTIONS. | ) ) STIPULATION AND [PROPOSED] ORDER ) (i) EXTENDING TIME FOR FILING LEAD ) PLAINTIFF'S AMENDED COMPLAINT ) AND (ii) SETTING FORTH A BRIEFING ) SCHEDULE FOR DEFENDANTS' MOTION ) TO DISMISS |

618572_1

1  WHEREAS, on April 9, 2010, Lead Plaintiff filed a Consolidated Complaint for Violation of
2  the Federal Securities Laws ("Complaint");
3  WHEREAS, on June 15, 2010, Defendants filed a motion to dismiss the Complaint;
4  WHEREAS, on August 16, 2010, Lead Plaintiff filed a memorandum in opposition to
5  Defendants' motion to dismiss;
6  WHEREAS, on September 27, 2010, Defendants filed a reply memorandum in support of
7  their motion to dismiss;
8  WHEREAS, on October 25, 2010, the Court deemed Defendants' motion to dismiss suitable
9  for a decision on the papers submitted by the parties;
10  WHEREAS, on March 11, 2011, the Court issued an order granting Defendants' motion to
11  dismiss the Complaint with leave to amend and allowing Lead Plaintiff until April 22, 2011 to file an
12  amended complaint;
13  WHEREAS, this action involves complex allegations against multiple defendants for a
14  period spanning over two years and is subject to the heightened pleading standards set forth in the
15  Private Securities Litigation Reform Act of 1995;
16  WHEREAS, in light of certain scheduling conflicts, Lead Plaintiff has requested and
17  Defendants have agreed, subject to the approval of the Court, to extend the time for Lead Plaintiff to
18  file an amended complaint by one week; and
19  WHEREAS, the parties have further agreed to the following briefing schedule for
20  Defendants' response to the amended complaint:
21  1.  Defendants shall move, answer or otherwise respond to the amended complaint
22  within 45 days after the amended complaint is filed;
23  2.  In the event Defendants move to dismiss the amended complaint, Lead Plaintiff shall
24  file an opposition to Defendants' motion to dismiss within 45 days after such motion is filed; and
25  3.  In the event Defendants move to dismiss the amended complaint, Defendants shall
26  file any replies to Lead Plaintiff's opposition to the motion to dismiss within 30 days after such
27  opposition is filed.
28

1    IT IS ACCORDINGLY STIPULATED, between undersigned counsel for the parties, that
2 Lead Plaintiff shall file an amended complaint no later than April 29, 2011. Defendants shall move,
3 answer or respond to the amended complaint by June 13, 2011. In the event Defendants file a
4 motion to dismiss, Lead Plaintiff shall file an opposition to Defendants' motion to dismiss by
5 July 28, 2011; and Defendants shall file a reply in support of their motion to dismiss by August 29,
6 2011.

7  DATED: April 13, 2011                    ROBBINS GELLER RUDMAN
                                               & DOWD LLP
8                                            WILLOW E. RADCLIFFE
                                             SARAH R. HOLLOWAY
9

10
                                                       /s/
11                                            SARAH R. HOLLOWAY

12                                           Post Montgomery Center
                                             One Montgomery Street, Suite 1800
13                                           San Francisco, CA  94104
                                             Telephone:  415/288-4545
14                                           415/288-4534 (fax)

15                                           Liaison Counsel for Plaintiffs

16                                           BROWER PIVEN
                                               A Professional Corporation
17                                           DAVID A.P. BROWER
                                             488 Madison Avenue, 8th Floor
18                                           New York, NY  10022
                                             Telephone:  212/501-9000
19                                           212/501-0300 (fax)

20                                           Lead Counsel for Plaintiffs

21
     DATED: April 13, 2011                   FENWICK & WEST LLP
22                                           SUSAN S. MUCK
                                             JENNIFER C. BRETAN
23

24
                                                       /s/
25                                            JENNIFER C. BRETAN

26

27

28

618572_1    STIP & [PROPOSED] ORDER (i) EXTENDING TIME FOR FILING LD PLTFF'S AM'D COMPLAINT
            & (ii) SETTING FORTH A BRF'ING SCHED FOR DEFS' MOT TO DISMISS - 09-cv-04073-MMC    - 2 -

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415/875-2300
415/281-1350 (fax)

Attorneys for Defendants Immersion
Corporation, Victor A. Viegas, Clent Richardson,
Stephen Ambler, Richard Vogel and
Daniel Chavez

I, Sarah R. Holloway, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order (i) Extending Time for Filing Lead Plaintiff's Amended Complaint and (ii) Setting Forth a Briefing Schedule for Defendants' Motion to Dismiss. In compliance with General Order 45, X.B., I hereby attest that Jennifer C. Bretan has concurred in this filing.

/s/
SARAH R. HOLLOWAY

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: ____April 14, 2011_____   _____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2011.

/s/
SARAH R. HOLLOWAY

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: sholloway@rgrdlaw.com

618572_1

# Mailing Information for a Case 3:09-cv-04073-MMC

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,mbafus@fenwick.com,kayoung@fenwick.com,mmelcher@fenwick.com,knesbit@fenwick.com

- **David A.P. Brower**
  brower@browerpiven.com

- **Steven D. Cohn**
  scohn@kmllp.com

- **Michael M. Goldberg**
  info@glancylaw.com

- **Sarah Renee Holloway**
  SHolloway@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Frank James Johnson**
  frankj@johnsonbottini.com,brett@johnsonbottini.com,paralegal@johnsonbottini.com,frankb@johnsonbottini.com

- **Felix Shih-Young Lee**
  flee@fenwick.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Susan Samuels Muck**
  smuck@fenwick.com,kayoung@fenwick.com,cprocida@fenwick.com,knesbit@fenwick.com,kdeleon@fenwick.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com,ptoovey@bramsonplutzik.com

- **Jay L. Pomerantz**
  jpomerantz@fenwick.com,slim@fenwick.com

- **Ira M. Press**
  ipress@kmllp.com,plinden@kmllp.com,lmorris@kmllp.com,slopez@kmllp.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,SHolloway@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,khuang@rgrdlaw.com,ptiffith@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)