1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  JENNIFER BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California  94104
   Telephone:    (415) 875-2300
5  Facsimile:    (415) 281-1350

6  JAY L. POMERANTZ (CSB NO. 209869)
   jpomerantz@fenwick.com
7  FELIX S. LEE (CSB NO. 197084)
   flee@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, California 94041
10 Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200

11

12 Attorneys for Defendants Immersion Corporation,
   Victor A. Viegas, Clent Richardson, Stephen
   Ambler, Richard Vogel and Daniel Chavez

13

14                  UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO DIVISION

17 | In re IMMERSION CORPORATION | Case No.  CV 09-04073 MMC
   | SECURITIES LITIGATION |
18 | | CLASS ACTION
   | This Document Relates to: |
19 | | **STIPULATION AND [PROPOSED] ORDER**
   | ALL ACTIONS | **MODIFYING BRIEFING SCHEDULE FOR**
20 | | **RESPONSES TO AMENDED**
   | | **CONSOLIDATED COMPLAINT**
21 | |
22 | | (Civil L.R. 7-12)
23 | | Judge: The Honorable Maxine M. Chesney
   | | Date Action Filed:  September 2, 2009
24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**WHEREAS**, on April 14, 2011, this Court issued an order in the above-captioned action setting forth the following timing regarding the filing of Lead Plaintiff's Amended Consolidated Complaint ("ACC") and the briefing of responses thereto (the "Briefing Schedule"):

(i)     Lead Plaintiff shall file an ACC by April 29, 2011;

(ii)    Defendants shall move, answer or otherwise respond to the ACC by June 13, 2011;

(iii)   In the event Defendants move to dismiss the ACC, Lead Plaintiff shall file his opposition by July 28, 2011; and

(iv)    Defendants shall file any reply in support of a motion to dismiss by August 29, 2011;

**WHEREAS**, pursuant to the April 14, 2011 order, Lead Plaintiff filed his Amended Consolidated Complaint on April 29, 2011;

**WHEREAS**, this action involves complex allegations against multiple defendants for a period spanning over two years and is subject to the heightened pleading standards set forth in the Private Securities Litigation Reform Act of 1995;

**WHEREAS**, in light of certain scheduling conflicts, Defendants have requested and Lead Plaintiff has agreed, subject to the approval of the Court, to modify the Briefing Schedule for Defendants' response to the ACC, as follows:

1.      Defendants shall move, answer or otherwise respond to the ACC by July 1, 2011;

2.      In the event Defendants move to dismiss the ACC, Lead Plaintiff shall file an opposition to Defendants' motion by August 16, 2011; and

3.      In the event Defendants move to dismiss the ACC, Defendants shall file any reply to Lead Plaintiff's opposition to the motion to dismiss by September 16, 2011.

**IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between undersigned counsel for the Parties that the Briefing Schedule for responses to the Amended Consolidated Complaint shall be modified as follows:

1.      Defendants shall move, answer or otherwise respond to the ACC by July 1, 2011;

2.      In the event Defendants move to dismiss the ACC, Lead Plaintiff shall file an opposition to Defendants' motion by August 16, 2011; and

Fenwick & West LLP
Attorneys At Law
San Francisco

3.      In the event Defendants move to dismiss the ACC, Defendants shall file any reply to Lead Plaintiff's opposition to the motion to dismiss by September 16, 2011.

Dated: June 6, 2011                    FENWICK & WEST LLP


By: /s/ _____
      Jennifer C. Bretan, Esq.

      555 California Street, 12th Floor
      San Francisco, California  94104
      Telephone:  (415) 875-2300
      Facsimile:  (415) 281-1350

Attorneys for Defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler, and Richard Vogel

Dated: June 6, 2011                    ROBBINS GELLER RUDMAN & DOWD LLP


By: /s/ _____
      Willow E. Radcliffe, Esq.

      Post Montgomery Center
      One Montgomery Street, Suite 1800
      San Francisco, CA 94104
      Telephone:  (415) 288-4545
      Facsimile:  (415) 288-4534

      Liaison Counsel for Plaintiffs

      BROWER PIVEN
        A Professional Corporation
      DAVID A.P. BROWER
      488 Madison Avenue
      Eighth Floor
      New York, New York 10022
      Telephone:  (212) 501-9000
      Facsimile:  (212) 501-0300

      Lead Counsel Plaintiff and the Proposed Class

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: June 6, 2011                    FENWICK & WEST LLP


By:  /s/ *Jennifer C. Bretan* _____
      Jennifer C. Bretan

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

**~~[PROPOSED]~~ ORDER**

2

**PURSUANT TO STIPULATION, IT HEREBY ORDERED THAT:**

3

      1.     Defendants shall move, answer or otherwise respond to the Amended Consolidated

4

Complaint by July 1, 2011;

5

      2.     In the event Defendants move to dismiss the Amended Consolidated Complaint,

6

Lead Plaintiff shall file an opposition to Defendants' motion by August 16, 2011; and

7

      3.     In the event Defendants move to dismiss the Amended Consolidated Complaint,

8

Defendants shall file any reply to Lead Plaintiff's opposition to the motion to dismiss by

9

September 16, 2011.

10

11

Dated: ___ June 7, 2011 _____

12

                              Hon. Maxine M. Chesney
United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER           1          CASE NO.  CV 09-4073 MMC