ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE (200087)
SARAH R. HOLLOWAY (254134)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
sholloway@rgrdlaw.com

Liaison Counsel for Plaintiffs

BROWER PIVEN
  A Professional Corporation
DAVID A.P. BROWER
488 Madison Avenue, 8th Floor
New York, NY  10022
Telephone:  212/501-9000
212/501-0300 (fax)
brower@browerpiven.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. 09-cv-04073-MMC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR RESPONSE TO DEFENDANTS' MOTION TO DISMISS |
| This Document Relates To:<br><br>    ALL ACTIONS. | | |

641505_1

1    WHEREAS, on June 7, 2011, this Court issued an order in the above-captioned action setting forth the following timing regarding the filing of Defendants' anticipated Motion to Dismiss to Lead Plaintiff's Amended Consolidated Complaint ("Motion to Dismiss") and the briefing in opposition and reply thereto (the "Briefing Schedule"):

    (i) Defendants shall file their Motion to Dismiss by July 1, 2011;

    (ii) Lead Plaintiff shall file any opposition to the Motion to Dismiss by August 16, 2011; and

    (iii) Defendants shall file any reply in support of their Motion to Dismiss by September 16, 2011;

WHEREAS, pursuant to the June 7, 2011 order, Defendants filed their Motion to Dismiss on July 1, 2011;

WHEREAS, this action involves complex allegations against multiple defendants for a period spanning over two years and is subject to the heightened pleading standards set forth in the Private Securities Litigation Reform Act of 1995; and

WHEREAS, in light of certain scheduling conflicts that have arisen in other cases and from attorney and other personnel turnover, and in light of the fact that the hearing on the Motion to Dismiss is not scheduled until October 28, 2011, Lead Plaintiff has requested and Defendants have agreed, subject to the approval of the Court, to modify the Briefing Schedule as follows:

    (i) Lead Plaintiff shall file any opposition to the Motion to Dismiss by September 7, 2011;

    (ii) Defendants shall file any reply in support of their Motion to Dismiss by October 14, 2011; and

    (iii) The hearing on the Motion to Dismiss shall still be held on October 28, 2011 or as soon thereafter as counsel may be heard;

1    IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the
2 undersigned counsel for the parties, that Lead Plaintiff shall file any opposition to Defendants'
3 Motion to Dismiss by September 7, 2011 and Defendants shall file any reply in support of their
4 Motion to Dismiss by October 14, 2011.

5 DATED: August 2, 2011                    ROBBINS GELLER RUDMAN
                                              & DOWD LLP
6                                          WILLOW E. RADCLIFFE
                                           SARAH R. HOLLOWAY
7

8                                                       /s/
9                                          SARAH R. HOLLOWAY

10                                         Post Montgomery Center
                                           One Montgomery Street, Suite 1800
11                                         San Francisco, CA  94104
                                           Telephone:  415/288-4545
12                                         415/288-4534 (fax)

13                                         Liaison Counsel for Plaintiffs

14                                         BROWER PIVEN
                                              A Professional Corporation
15                                         DAVID A.P. BROWER
                                           488 Madison Avenue, 8th Floor
16                                         New York, NY  10022
                                           Telephone:  212/501-9000
17                                         212/501-0300 (fax)

18                                         Lead Counsel for Plaintiffs

19 DATED: August 2, 2011                   FENWICK & WEST LLP
                                           SUSAN S. MUCK
20                                         JENNIFER C. BRETAN

21

22                                                      /s/
                                           JENNIFER C. BRETAN
23

24                                         555 California Street, 12th Floor
                                           San Francisco, CA  94104
                                           Telephone:  415/875-2300
25                                         415/281-1350 (fax)

26                                         Attorneys for Defendants Immersion
                                           Corporation, Victor A. Viegas, Clent Richardson,
27                                         Stephen Ambler and Richard Vogel

28

1  I, Sarah R. Holloway, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Modifying Briefing Schedule for Defendants' Motion to Dismiss.
3  In compliance with General Order 45, X.B., I hereby attest that Jennifer C. Bretan has concurred in
4  this filing.

                                                          /s/
                                            SARAH R. HOLLOWAY

                                  *     *     *

**O R D E R**

PURSUANT TO STIPULATION, IT HEREBY ORDERED THAT:

1. Lead Plaintiff shall file any opposition to the Motion to Dismiss by September 7, 2011;

2. Defendants shall file any reply in support of their Motion to Dismiss by October 14, 2011; and

3. The hearing on the Motion to Dismiss shall be held on October 28, 2011.

IT IS SO ORDERED.

DATED: __August 3, 2011_____     _____
                                       THE HONORABLE MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT JUDGE