SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
MARIE C. BAFUS (CSB NO. 258417)
mbafus@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California  94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

JAY L. POMERANTZ (CSB NO. 209869)
jpomerantz@fenwick.com
FELIX S. LEE (CSB NO. 197084)
flee@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Attorneys for Defendants Immersion Corporation,
Victor A. Viegas, Clent Richardson, Stephen
Ambler and Richard Vogel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  CV 09-04073 MMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS THE AMENDED CONSOLIDATED COMPLAINT**<br><br>(Civil L.R. 7-12)<br><br>Judge: The Honorable Maxine M. Chesney<br><br>Date Action Filed:  September 2, 2009 |

1    **WHEREAS**, on July 1, 2011, Defendants filed a Notice of Motion and Motion to Dismiss
2    Plaintiff's Amended Consolidated Complaint ("Motion to Dismiss") with a hearing date
3    scheduled in this Court for October 28, 2011 at 9:00 a.m;

4    **WHEREAS**, Lead Plaintiff filed his Opposition to Defendants' Motion to Dismiss on
5    September 7, 2011;

6    **WHEREAS,** Defendants will file their Reply in Further Support of Defendants' Motion
7    to Dismiss on October 14, 2011;

8    **WHEREAS,** subsequent scheduling matters have now raised a conflict with the October
9    28, 2011 hearing date;

10   **WHEREAS**, in light of this scheduling conflict, Defendants have requested and Lead
11   Plaintiff has agreed, subject to the approval of the Court, to continue the hearing date on
12   Defendants' Motion to Dismiss to December 9, 2011 at 9:00 a.m.;

13   **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between
14   undersigned counsel for the Parties that the hearing on Defendants' Motion to Dismiss currently
15   set for October 28, 2011 at 9:00 a.m. be continued on the Court's calendar to December 9, 2011
16   at 9:00 a.m. in Courtroom 7, before the Honorable Maxine M. Chesney.  Good cause exists for
17   this continuation due to Defendants' counsel conflict with the hearing date.

18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION AND [~~PROPOSED~~] ORDER
CONTINUING THE HEARING DATE ON           1           CASE NO.  CV 09-4073 MMC
DEFS.' MOT. TO DISMISS THE ACC

| | |
|---|---|
| Dated: October 13, 2011 | FENWICK & WEST LLP |
| | By: /s/<br>    Marie C. Bafus, Esq. |
| | 555 California Street, 12th Floor<br>San Francisco, California  94104<br>Telephone:  (415) 875-2300<br>Facsimile:   (415) 281-1350 |
| | Attorneys for Defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler, and Richard Vogel |
| Dated: October 13, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| | By: /s/<br>    Sarah R. Holloway, Esq. |
| | Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Facsimile:   (415) 288-4534 |
| | Liaison Counsel for Plaintiffs |
| | BROWER PIVEN<br>   A Professional Corporation<br>DAVID A.P. BROWER<br>488 Madison Avenue<br>Eighth Floor<br>New York, New York 10022<br>Telephone:  (212) 501-9000<br>Facsimile:   (212) 501-0300 |
| | Lead Counsel Plaintiff and the Proposed Class |

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

| | |
|---|---|
| Dated: October 13, 2011 | FENWICK & WEST LLP |
| | By: /s/ *Marie C. Bafus*<br>    Marie C. Bafus |

STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING DATE ON DEFS.' MOT. TO DISMISS THE ACC     2     CASE NO.  CV 09-4073 MMC

1  **[PROPOSED] ORDER**

2  **PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS HEREBY**

3  **ORDERED THAT** the hearing on Defendants' Motion to Dismiss Plaintiff's Amended

4  Consolidated Complaint currently set for October 28, 2011 at 9:00 a.m. be continued on the

5  Court's calendar to December 9, 2011 at 9:00 a.m. in Courtroom 7, before the Honorable Maxine

6  M. Chesney.

Dated: October 17, 2011

_____
Hon. Maxine M. Chesney
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER        1        CASE NO. CV 09-4073 MMC