1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  JENNIFER BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  MARIE C. BAFUS (CSB NO. 258417)
   mbafus@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California  94104
   Telephone:     (415) 875-2300
6  Facsimile:     (415) 281-1350

7  JAY L. POMERANTZ (CSB NO. 209869)
   jpomerantz@fenwick.com
8  FELIX S. LEE (CSB NO. 197084)
   flee@fenwick.com
9  FENWICK & WEST LLP
   Silicon Valley Center
10 801 California Street
   Mountain View, California 94041
11 Telephone:     (650) 988-8500
   Facsimile:     (650) 938-5200
12
   Attorneys for Defendants Immersion Corporation,
13 Victor A. Viegas, Clent Richardson, Stephen
   Ambler and Richard Vogel
14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18 | In re IMMERSION CORPORATION | Case No.  CV 09-04073 MMC
   | SECURITIES LITIGATION |
19 | | CLASS ACTION
   | This Document Relates to: |
20 | | STIPULATION AND [PROPOSED] ORDER
   | ALL ACTIONS | CONTINUING THE HEARING DATE ON
21 | | DEFENDANTS' MOTION TO DISMISS
   | | THE AMENDED CONSOLIDATED
22 | | COMPLAINT
23 | | (Civil L.R. 7-12)
24 | | Judge: The Honorable Maxine M. Chesney
25 | | Date Action Filed:  September 2, 2009
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    **WHEREAS**, on July 1, 2011, Defendants filed a Notice of Motion and Motion to Dismiss

2   Plaintiff's Amended Consolidated Complaint ("Motion to Dismiss") with a hearing date

3   scheduled in this Court for October 28, 2011 at 9:00 a.m;

4    **WHEREAS**, Lead Plaintiff filed his Opposition to Defendants' Motion to Dismiss on

5   September 7, 2011;

6    **WHEREAS,** Defendants will file their Reply in Further Support of Defendants' Motion

7   to Dismiss on October 14, 2011;

8    **WHEREAS,** subsequent scheduling matters have now raised a conflict with the October

9   28, 2011 hearing date;

10    **WHEREAS**, in light of this scheduling conflict, Defendants have requested and Lead

11   Plaintiff has agreed, subject to the approval of the Court, to continue the hearing date on

12   Defendants' Motion to Dismiss to December 9, 2011 at 9:00 a.m.;

13    **IT IS ACCORDINGLY STIPULATED,** pursuant to Civil L.R. 7-12, by and between

14   undersigned counsel for the Parties that the hearing on Defendants' Motion to Dismiss currently

15   set for October 28, 2011 at 9:00 a.m. be continued on the Court's calendar to December 9, 2011

16   at 9:00 a.m. in Courtroom 7, before the Honorable Maxine M. Chesney.  Good cause exists for

17   this continuation due to Defendants' counsel conflict with the hearing date.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| 1 | Dated: October 13, 2011 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

Dated: October 13, 2011       FENWICK & WEST LLP

By: /s/ _____
    Marie C. Bafus, Esq.

    555 California Street, 12th Floor
    San Francisco, California  94104
    Telephone:  (415) 875-2300
    Facsimile:   (415) 281-1350

Attorneys for Defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler, and Richard Vogel

Dated: October 13, 2011       ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ _____
    Sarah R. Holloway, Esq.

    Post Montgomery Center
    One Montgomery Street, Suite 1800
    San Francisco, CA 94104
    Telephone:  (415) 288-4545
    Facsimile:   (415) 288-4534

    Liaison Counsel for Plaintiffs

    BROWER PIVEN
     A Professional Corporation
    DAVID A.P. BROWER
    488 Madison Avenue
    Eighth Floor
    New York, New York 10022
    Telephone:  (212) 501-9000
    Facsimile:   (212) 501-0300

    Lead Counsel Plaintiff and the Proposed Class

Pursuant to General Order No. 45 Section X(B), all of the signatories concur in the filing of this stipulation.

Dated: October 13, 2011       FENWICK & WEST LLP

    By:  /s/ *Marie C. Bafus* _____
      Marie C. Bafus

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWING, IT IS HEREBY**

**ORDERED THAT** the hearing on Defendants' Motion to Dismiss Plaintiff's Amended

Consolidated Complaint currently set for October 28, 2011 at 9:00 a.m. be continued on the

Court's calendar to December 9, 2011 at 9:00 a.m. in Courtroom 7, before the Honorable Maxine

M. Chesney.

Dated: _October 17, 2011_

_____
Hon. Maxine M. Chesney
United States District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER

1

CASE NO.  CV 09-4073 MMC