IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITITGATION _____/ | Master File No. C 09-4073 MMC<br><br>**ORDER VACATING DECEMBER 9, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CONSOLIDATED COMPLAINT** |

    Before the Court is defendants Immersion Corporation, Victor A. Viegas, Clent Richardson, Stephen Ambler, and Richard Vogel's ("defendants") Motion to Dismiss Plaintiff's Amended Consolidated Complaint, filed July 1, 2011.  Lead plaintiff John Loos has filed opposition, to which defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for December 9, 2011.

    **IT IS SO ORDERED.**

Dated: December 7, 2011

MAXINE M. CHESNEY
United States District Judge