IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re IMMERSION CORPORATION SECURITIES LITITGATION _____/ | Master File No. C-09-4073 MMC  **JUDGMENT IN A CIVIL CASE** |

**( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**

Defendants' motion to dismiss the Amended Consolidated Complaint is hereby GRANTED, and the Amended Consolidated Complaint is hereby DISMISSED.

Dated: December 19, 2011                                      Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk